MICHAEL R. RICKS

VERSUS

JUDGE PATRICIA M. JOYCE;
CRIMINAL/DOMESTIC COMMISSIONER 24TH
JUDICIAL DISTRICT COURT

NO. 24-K-404

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Linda Wiseman*
Linda Wiseman
First Deputy, Clerk of Court

August 29, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** MICHAEL R. RICKS

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 24-3721

---

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and John J. Molaison, Jr.

**WRIT DENIED**

In this *pro se* writ application filed on August 27, 2024, relator, Michael R. Ricks, seeks review of the Commissioner's July 25, 2024 denial of his "Motion to Amend the Motion for Release Without Bail Pending Trial."

As an initial matter, we note that relator's writ application fails to include the trial court ruling complained of, any pleading upon which a ruling was based, the pertinent court minutes, the indictment or bill of information, or a notice of intent and return date order, as required by Uniform Rules–Courts of Appeal, Rule 4–5(C).

Nonetheless, our review of the record indicates that on July 30, 2024, in response to the Commissioner's July 25, 2024 denial of relator's motion, relator filed a motion to reconsider his motion for release without bail pending trial. The record further indicates that a pre-trial conference was scheduled for yesterday, August 28, 2024, to address the merits of relator's motion to reconsider. Therefore, we find that relator's writ application is not ripe for this Court's supervisory review. Accordingly, relator's writ application is denied.

Gretna, Louisiana, this 29th day of August, 2024.

SMC
FHW
JJM

24-K-404

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/29/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-404**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Michael R. Ricks #322589 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054